## UNITED STATES BANKRUPTCY COURT
### IN THE EASTERN DISTRICT OF ARKANSAS
### LITTLE ROCK DIVISION

IN RE:  **TERRY A BERRY AND**                           **CASE NO. 4:18-bk-10629**
       **JENNIFER M. BERRY FKA**                           **Chapter 13**
       **JENNIFER WILMATH,**
       **DEBTORS**

**SELECT PORTFOLIO SERVICING, INC. AS**                           **MOVANT**
**SERVICER FOR DEUTSCHE BANK**
**NATIONAL TRUST COMPANY, AS**
**TRUSTEE, IN TRUST FOR THE**
**REGISTERED HOLDERS OF MORGAN**
**STANLEY ABS CAPITAL I INC. TRUST**
**2006-HE6, MORTGAGE PASS-THROUGH**
**CERTIFICATES, SERIES 2006-HE6**

**V.**

**TERRY A BERRY AND JENNIFER M.**                           **RESPONDENTS**
**BERRY FKA JENNIFER WILMATH,**
**DEBTORS AND**
**JACK W. GOODING, TRUSTEE**

## OBJECTION TO CONFIRMATION

Comes now, Select Portfolio Servicing, Inc. as servicer for Deutsche Bank National Trust Company, as Trustee, in trust for the registered holders of Morgan Stanley ABS Capital I Inc. Trust 2006-HE6, Mortgage Pass-Through Certificates, Series 2006-HE6, a secured creditor of the above-named Debtors, and a party in these proceedings, (hereinafter "Movant"), by and through its attorneys, Mackie Wolf Zientz & Mann, P.C., and for its Objection to Confirmation of the Chapter 13 plan proposed herein by the Debtors, Terry A Berry and Rebecca M. Berry fka Jennifer Wilmoth, states:

1.  Movant is the servicer of the promissory note, which is secured by a mortgage covering the real property listed in the Chapter 13 plan of Debtors, more particularly described as follows:

13-000103-850

The West 80 feet of Lots 1, 2, and 3, Block 2, Kelley`s Subdivision to the City of Benton, Saline County, Arkansas.

More commonly known as 816 W Ashley Street, Benton, AR 72015

2.   Pursuant to 11 U.S.C. §1324 Movant objects to said Chapter 13 plan because the Debtors` plan lists the arrearage as $5,000.00 while the actual arrearage is $8,094.13 and should be paid at an amount of $224.84 per month until cured.

3.   Therefore, the plan does not meet all the requirements for confirmation.

4.   Lastly, Movant requests its attorney's fees for this action in the sum of $500.00.

WHEREFORE, Movant objects to confirmation of the Chapter 13 plan proposed herein by the Debtors, and prays that this Court deny such confirmation, for its attorney's fees herein and for all other just and proper relief.

Respectfully submitted,

MACKIE WOLF ZIENTZ & MANN, P.C.
Union Plaza
124 West Capitol, Suite 1560
Little Rock, Arkansas 72201
(501) 218-8111
smcdaniel@mwzmlaw.com

By: */s/ Sarah Murphy McDaniel*
     Sarah Murphy McDaniel
     Bar No. 2012130
     Attorney for Movant

13-000103-850

CERTIFICATE OF SERVICE

A copy of this motion was served on the persons shown below at the addresses reflected on April 3, 2018. Movant certifies that Movant has complied with Bankruptcy Local Rule 4001.


*/s/ Sarah Murphy McDaniel*
Sarah Murphy McDaniel


Via Pre-Paid U.S. Mail:
Terry A Berry and
Jennifer M. Berry
816 W. Ashley Street
Benton, AR 72015
Debtors

Via ECF:
Marc Honey
HONEY LAW FIRM, P.A.
P.O. Box 1254
Hot Springs, AR 71902
Attorney for Debtors

Via ECF:
Jack W. Gooding
Chapter 13 Standing Trustee
P.O. Box 8202
Little Rock, AR 72221-8202

Via ECF:
U.S. Trustee
Office of U.S. Trustee
200 W Capitol, Ste. 1200
Little Rock, AR 72201

13-000103-850