UNITED STATES BANKRUPTCY COURT
EASTERN AND WESTERN DISTRICT OF ARKANSAS

In re:  TERRY A BERRY and JENNIFER M BERRY                                    Case No:   4:18-bk-10629 J

## OBJECTION TO CONFIRMATION OF PLAN

Comes now Jack W Gooding, Standing Trustee for Chapter 13 cases, for his objection to the plan of the above debtor(s) states:

1. 11 U.S.C. 1325(a)(5) the plan does not provide for the secured claim of the IRS in the sum of $8,669.07.

2. 11 U.S.C. 1322(a)(1).  The plan does not commit to the supervision and control of the Trustee funds sufficient for the execution of the plan. The proposed payments under the plan are insufficient to accomplish the purposes designated under the plan.

3. 11 U.S.C. 1325(a)(9) Debtor has failed to file tax returns with the appropriate tax authorities, as required by Section 1308.

4. 11 U.S.C. 521(a) The debtor has failed to provide to the Trustee a return/transcript for the most recent tax year ending before the commencement of the case.

Wherefore, your petitioner prays for an order denying confirmation of the plan and dismissing this case and for all other just and proper relief to which he may be entitled.

Dated:  4/11/2018                                                                               /s/  Jack W Gooding
                                                                                              _____
                                                                                              CHAPTER 13 TRUSTEE

## CERTIFICATE OF SERVICE

I, Jack W Gooding, do hereby certify that a true and correct copy has been mailed this day, 4/11/2018, with sufficient postage to assure delivery to the following:

Terry A Berry And        Jennifer M Berry
816 W Ashley Street
Benton, Ar  72015

MB

The Honey Law Firm - Electronically by ECF

/s/ Jack W Gooding

CHAPTER 13 TRUSTEE

MB