IN THE UNITED STATES BANKRUPTCY COURT
Eastern District of Arkansas

RE: Terry A Berry and Jennifer M Berry
CASE NO: 4:18-bk-10629 J                                           Chapter 13

TRUSTEE'S MOTION TO DISMISS
FOR FAILURE TO MAKE PLAN PAYMENTS
AND NOTICE OF HEARING

Jack W Gooding, Trustee, for this Motion to Dismiss for Failure to Make Plan Payments and Notice of Hearing, states:

1. The chapter 13 plan requires the Debtor to pay the Trustee as follows:

03/01/2018      $2,000.00   Monthly      ( Source:  TERRY A BERRY  $2,000.00  MONTHLY )

2. The Debtor is in material default with respect to the terms of the plan pursuant to 11 U.S.C. § 1307. Payments by or for the Debtor to the Trustee have not been made as proposed.

3. The Debtor's case should be dismissed pursuant to 11 U.S.C. § 1307(c)(1),(4) and (6) as applicable.

WHEREFORE, the Trustee prays that Debtor's case be dismissed and for all other just, proper and equitable relief.

/s/   Jack W Gooding

Jack W Gooding
STANDING CHAPTER 13 TRUSTEE
(501) 537-4400

NOTICE OF HEARING
TO THE DEBTOR AND DEBTOR'S ATTORNEY

You are hereby notified that a hearing on the Trustee's Motion to Dismiss for Failure to Make Plan Payments will be held on:

07/19/2018  at   9:30 am

U.S. Bankruptcy Court
300 W. 2nd
Little Rock, AR 72201

If you contest the Trustee's Motion to Dismiss for Failure to Make Plan Payments, you should: (1) appear at the hearing; and (2) file a written response to the Motion and serve it upon the Trustee at the address listed in this Motion no later than two days before the date set for the hearing.

Date:  06/07/2018

/s/  Jean Rolfs

Jean Rolfs
U.S. Bankruptcy Court Clerk

cc:  Terry A Berry and Jennifer M Berry
     816 W Ashley Street
     Benton, AR  72015

     The Honey Law Firm - Electronic Notification via ECF