IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

IN RE:  TERRY A BERRY & JENNIFER M BERRY　　　　Case No.: 4:18-bk-10629
　　　　Debtors　　　　　　　　　　　　　　　　　　　　　　Chapter 13

JOHN GIBSON AUTO SALES, INC.　　　　　　　　　　MOVANT

TERRY A BERRY & JENNIFER M. BERRY, Debtors
JACK GOODING, Trustee　　　　　　　　　　　　　　RESPONDENTS

**RESPONSE TO MOTION FOR RELIEF FROM STAY, MOTION FOR ADEQUATE PROTECTION OR IN THE ALTERNATIVE, MOTION TO DISMISS**

Come now the debtors, Terry A. Berry and Jennifer M. Berry, by and through their attorneys, Honey Law Firm, P.A., and for their Response to Motion for Relief from Stay, Motion for Adequate Protection or in the Alternative Motion to Dismiss ("Response") respectfully state as follows:

1. Debtors admit that this Court has jurisdiction over the subject matter and the parties. Debtors further admit that this is a core proceeding as alleged in paragraph one (1) of the Motion.

2. Debtors admit that John Gibson Auto Sales, Inc. is the secured creditor on the 2007 Keystone Camper. Debtors deny all other allegations contained in paragraph two (2) of the Motion.

3. Debtors deny the allegations found in paragraph three (3) of the Motion. Debtors would show that they had equity in the 2007 Keystone Camper at the time of filing in the amount of $1,248.97 and as listed as exempt on the debtors' schedule C. The debtors would also show that John Gibson Auto Sales, Inc. is receiving adequate protection payments in the amount of $49.50 which represents 25% of the debtors proposed monthly payment and the creditor has currently received $396.00 in adequate

protection payments. The debtors would further show that the 2007 Keystone Camper is used in the debtor's line of work to cut the costs associated with regular travel required by the debtor's profession.

4. Debtors deny the allegations contained in paragraph four (4) of the Motion. Debtors would show that the dismissal of their previous case for violation of strict compliance was solely attributed to the health issues of debtor, Jennifer Berry, in that she was hospitalized numerous times before the dismissal of the debtors' first case.

WHEREFORE, debtors, Terry A Berry and Jennifer M Berry, pray that the Motion for Relief from Stay, Motion for Adequate Protection or in the Alternative, Motion to Dismiss be denied and for all other just and proper relief for which the debtors are entitled.

Respectfully Submitted,

HONEY LAW FIRM, P.A.
P.O. BOX 1254
HOT SPRINGS, AR 71902
(501) 321-1007
(501) 321-1255 FAX
mhoney@honeylawfirm.com

*/s/Marc Honey*
Marc Honey (86091)

## **CERTIFICATE OF SERVICE**

I, the undersigned attorney, certifies that a copy of the foregoing document was served on Jack W. Gooding, Chapter 13 Trustee and on any ECF Filing Users through Notice of Electronic Filing (ECF) and on any other non-ECF Filing Users by U.S. Mail, postage prepaid, on November 16, 2018 to the following:

    Sherry L. Daves
    Attorney for Creditor, John Gibson Auto Sales, Inc.
    By ECF

                                                   */s/Marc Honey*
                                                   Marc Honey (86091)